# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY L. KEATING *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN A. JASTRMESKI *et al.*,<br><br>Defendants;<br><br>AND ALL CROSS-COMPLAINTS. | CASE NO. 3:15-cv-00057-L-AGS<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTIONS FOR PARTIAL SUMMARY JUDGMENT (DOCS. NO. 270 & 272)** |

Pending before the Court are two motions for partial summary judgment: (1) motion filed by Defendant John A. Jastremski and Counter-Claimant The Retirement Group, LLC ("TRG") against Plaintiffs and Counter-Defendants Jeremy L. Keating, Richard P. Gigliotti and Alexander J. Mele (doc. no. 270); and (2) motion filed by Counter-Defendant Securities America, Inc. ("SAI") against TRG (doc. no. 272). Keating, Gigliotti, Mele and Counter-Defendants Sean Sullivan, Capital Income Advisors LLC ("CIA"), Lloyd Silvers, Steve Dalton and Ardent Retirement Planning, LLC ("ARP") joined in the latter motion. (Doc. no. 277.)

1

Also pending is a motion for terminating sanctions filed by Jastremski and TRG against Keating, Gigliotti, Mele, CIA, ARP, Sullivan, Silvers, Dalton and SAI (doc. no. 157).[1] The ruling on summary judgment motions could be affected by the ruling on the motion for terminating sanctions.

Accordingly, the summary judgment motions are denied without prejudice to refiling. If, and to the extent, refiling summary judgment motions is appropriate after ruling on the motions for sanctions, the parties shall meet and confer with a view to arrive at a consolidated briefing schedule for the motions, if any, and jointly call the undersigned's chambers no later than 14 calendar days after final resolution of the motion for terminating sanctions.

**IT IS SO ORDERED.**

Dated: June 18, 2018

_____
Hon. M. James Lorenz
United States District Judge

---

[1] The motion has been referred to a special master. (Doc. no. 316.)