# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEATING et al., <br><br> Plaintiffs, <br><br> v. <br><br> JASTREMSKI et al., <br><br> Defendants. | Case No.: 3:15-cv-57-L-AGS <br><br> **ORDER ON MOTION FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER (DOC. NO. 497)** |

Pending before the Court is a request to authorize CC Process Serving to serve the writs of execution in this case. (Doc. No. 497). Based on the motion, the Court appoints and authorizes CC Process Serving to serve writs of execution in this matter. *See* Fed. R. Civ. P. 4.1; Fed. R. Civ. P. 69. The United States Marshals Service shall remain the Levying Officer.

**IT IS SO ORDERED**.

Dated: June 3, 2021

_____
Hon. M. James Lorenz
United States District Judge